**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Paula Montry,                                    Case No. 19-cv-195 (DTS)

      Plaintiff,

                                  **ORDER**

v.

Andrew Saul,
*Commissioner of Social Security*,

      Defendant.

---

In January 2019, Plaintiff Paula Montry filed this action challenging the Social Security Administration's (SSA) denial of her request for supplemental security income. Compl., Dkt. No. 1. The Commissioner moved this Court to remand the claim to the SSA, Def.'s Mot., Dkt. No. 11, which the Court granted, Order, Dkt. No. 15. The SSA again denied Montry's request for SSI on remand.

The Court considered all evidence in the record and issued its decision orally at a hearing on June 4, 2021. The Court incorporates here the facts and analysis from its decision at that hearing, and supplements its ruling with this order. The attachment reflects the changes between the ALJ's 2018 and 2020 decisions.

**ORDER**

For these reasons, IT IS HEREBY ORDERED:

1. Plaintiff Paula Montry's Motion for Summary Judgment [Docket No. 30] is **GRANTED**.

2. Defendant Andrew Saul's Motion for Summary Judgment [Docket No. 32] is **DENIED**.

3.  This matter is **REMANDED** to the Appeals Council to:

    a.  Investigate Montry's allegations of ALJ bias;

    b.  Determine whether the ALJ fairly considered all the evidence;

    c.  Determine whether the ALJ afforded Montry a full and fair hearing.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: June 10, 2021           s/ David T. Schultz
                                 DAVID T. SCHULTZ
                                 United States Magistrate Judge